UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| SUMATRA KENDRICK, | No. C 10-04588 MEJ |
| Plaintiff(s), | **ORDER VACATING CMC** |
| v. | |
| FIRST ASSET RECOVERY GROUP, | **ORDER FOR PLAINTIFF TO FILE STATUS REPORT** |
| Defendant(s). | |

This matter is scheduled for a case management conference on January 20, 2011. However, there is no indication that the defendant has been served and Plaintiff has not filed any status report. Accordingly, the Court VACATES the January 20, 2011 c.m.c. and ORDERS Plaintiff to file a status report by January 20, 2011.

**IT IS SO ORDERED.**

Dated: January 14, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge