1
2
3
4          UNITED STATES  DISTRICT COURT
5            Northern District of California
6
7    SUMATRA KENDRICK,                          No. C 10-04588 MEJ
8                   Plaintiff(s),
                                                **ORDER SCHEDULING CMC**
9        v.
10   FIRST ASSET RECOVERY GROUP,
                   Defendant(s).
11   _____/
12
13        On January 14, 2011, the Court ordered Plaintiff Sumatra Kendrick to file a status report.
14   (Dkt. #4.)  Having reviewed Plaintiff's report, the Court ORDERS the parties to appear for a case
15   management conference on March 3, 2011 at 10:00 a.m. in Courtroom B, 450 Golden Gate Avenue,
16   San Francisco, California.  The parties shall file a joint case management statement by February 24,
17   2011.  All other case management deadlines are adjusted accordingly.
18        **IT IS SO ORDERED.**
19
20   Dated: January 26, 2011                     _____
21                                               Maria-Elena James
                                                 Chief United States Magistrate Judge
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
For the Northern District of California