Lara R. Shapiro (SBN 227194)
4145 Via Marina #324
Marina del Rey, CA 90292
Telephone: (310) 577-0870
Facsimile: (424) 228-5351
Attorney for Plaintiff

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424

Attorneys for Sumatra Kendrick

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| **Sumatra Kendrick,** | CASE NO.: 3:10-cv-04588-MEJ |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | Hon. Maria-Elena James |
| **First Asset Recovery Group,** | |
| Defendant. | |

Please take notice that the parties to the above entitled lawsuit have reached a settlement of the entire case. The Plaintiff anticipates she will file a Conditional Dismissal with Prejudice within thirty (30) days, asking the Magistrate to reserve jurisdiction to enforce the terms of the settlement over the three months it will take to complete the settlement.

Respectfully submitted this 25th day of February, 2011.

By: _s/Lara R. Shapiro
Lara R. Shapiro
Attorney for Plaintiff

The March 3, 2011 Case Management Conference is VACATED.

Dated: February 25, 2011



IT IS SO ORDERED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Notice of Settlement