UNITED STATES DISTRICT COURT

Northern District of California

SUMATRA KENDRICK,

           Plaintiff,

  v.

FIRST ASSET RECOVERY GROUP,

           Defendant.
_____/

No. C 10-04588 MEJ

**ORDER RE: STATUS**

On February 25, 2011, Plaintiff Sumatra Kendrick filed a notice of settlement, in which she stated that she "anticipates she will file a Conditional Dismissal with Prejudice within thirty (30) days." (Dkt. No. 8.) As over 60 days have now passed, the Court ORDERS Plaintiff to file a dismissal or status report by May 19, 2011.

**IT IS SO ORDERED.**

Dated: April 28, 2011

_____
Maria-Elena James
Chief United States Magistrate Judge