LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Sumatra Kendrick

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sumatra Kendrick,<br><br>        Plaintiff,<br><br>   vs.<br><br>First Asset Recovery Group, LLC; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.:  3:10-cv-04588-MEJ<br><br>VOLUNTARY WITHDRAWAL |

**NOTICE OF WITHDRAWAL OF COMPLAINT AND
VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
<u>PURSUANT TO RULE 41(a)</u>**

Sumatra Kendrick ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Plaintiff
 /s/ Lara Shapiro

LARA SHAPIRO
Attorney for Plaintiff

IT IS SO ORDERED:
_____
Honorable _____

GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28